| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Shiow Ying Wen<br>Floyd Taylor Mason III<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/23/2024        Shiow Ying Wen        *[signature]*
                        Printed name of Debtor 1        Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/23/2024        Floyd Taylor Mason III        *[signature]*
                        Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC

# Earnings Statement

**ADP**

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Period Beginning: 11/13/2023
Period Ending: 11/26/2023
Pay Date: 12/01/2023

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 5

Social Security Number: XXX-XX-8931

SHIOW YING WEN
17811 MORNING ROCK CIR
RIVERSIDE CA 92503

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2904.76 | 80.00 | 2,904.76 | 29,276.97 |
| Other | | | 210.00 | 3,761.35 |
| Sick | | | | 350.00 |
| **Gross Pay** | | | **$3,114.76** | 33,388.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -189.32 | 1,805.07 |
| | Social Security Tax | -193.12 | 2,063.75 |
| | Medicare Tax | -45.16 | 482.65 |
| | CA State Income Tax | -131.23 | 1,273.08 |
| | CA SDI Tax | -28.04 | 299.58 |
| | **Other** | | |
| | Medical Pre-Ta | | 102.08 |
| | **Net Pay** | **$2,527.89** | |
| | Checking | -2,527.89 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 33.97 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
9495596868

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 5

Your federal taxable wages this period are $3,114.76

© 2000 ADP, Inc.

---

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

**Advice number:** 00000480052
**Pay date:** 12/01/2023



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **SHIOW YING WEN** | xxxxxxxx2702 | xxxx xxxx | $2,527.89 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Period Beginning: 11/27/2023
Period Ending: 12/10/2023
Pay Date: 12/15/2023

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 5

Social Security Number: XXX-XX-8931

SHIOW YING WEN
17811 MORNING ROCK CIR
RIVERSIDE CA 92503

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2904.76 | 80.00 | 2,904.76 | 32,181.73 |
| Other | | | 350.00 | 4,111.35 |
| Sick | | | | 350.00 |
| **Gross Pay** | | | **$3,254.76** | 36,643.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206.12 | 2,011.19 |
| | Social Security Tax | -201.79 | 2,265.54 |
| | Medicare Tax | -47.19 | 529.84 |
| | CA State Income Tax | -145.55 | 1,418.63 |
| | CA SDI Tax | -29.29 | 328.87 |
| **Other** | | | |
| | Medical Pre-Ta | | 102.08 |
| **Net Pay** | | **$2,624.82** | |
| | Checking | -2,624.82 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | | 36.63 |
| Totl Hrs Worked | | 80.00 |

**Important Notes**
9495596868

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 5

Your federal taxable wages this period are
$3,254.76

© 2000 ADP, Inc.



SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

**Advice number:** 00000500053
**Pay date:** 12/15/2023

**Deposited to the account of**
SHIOW YING WEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2702 | xxxx xxxx | $2,624.82 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Period Beginning: 12/11/2023
Period Ending: 12/24/2023
Pay Date: 12/29/2023

Taxable Marital Status:
  Federal:         Married

Exemptions/Allowances:
  Federal:       5

Social Security Number:  XXX-XX-8931

SHIOW YING WEN
17811 MORNING ROCK CIR
RIVERSIDE CA 92503

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2904.76 | 80.00 | 2,904.76 | 35,086.49 |
| Other | | | 175.00 | 4,286.35 |
| Sick | | | | 350.00 |
| **Gross Pay** | | | **$3,079.76** | 39,722.84 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -173.18 | 2,184.37 |
| | Social Security Tax | -184.78 | 2,450.32 |
| | Medicare Tax | -43.22 | 573.06 |
| | CA State Income Tax | -117.47 | 1,536.10 |
| | CA SDI Tax | -26.82 | 355.69 |
| | **Other** | | |
| | Medical Pre-Ta | -99.48* | 201.56 |
| | **Net Pay** | **$2,434.81** | |
| | Checking | -2,434.81 | |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Sick Available | 39.30 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
9495596868

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:         5

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,980.28

© 2000 ADP, Inc.

---

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

**Advice number:** 00000520051
**Pay date:** 12/29/2023



**Deposited to the account of**
**SHIOW YING WEN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2702 | xxxx xxxx | $2,434.81 |

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| CXW | 000315 | 070 | | 00000020050 | |

# Earnings Statement

**ADP**

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Period Beginning: 12/25/2023
Period Ending: 01/07/2024
Pay Date: 01/12/2024

Taxable Marital Status:
   Federal: Married

Exemptions/Allowances:
   Federal: 5

Social Security Number: XXX-XX-8931

**SHIOW YING WEN**
**17811 MORNING ROCK CIR**
**RIVERSIDE CA 92503**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2904.76 | 80.00 | 2,904.76 | 2,904.76 |
| Other | | | 175.00 | 175.00 |
| **Gross Pay** | | | **$3,079.76** | 3,079.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.27 | 177.27 |
| | Social Security Tax | -190.95 | 190.95 |
| | Medicare Tax | -44.66 | 44.66 |
| | CA State Income Tax | -121.85 | 121.85 |
| | CA SDI Tax | -33.88 | 33.88 |
| | **Net Pay** | **$2,511.15** | |
| | Checking | -2,511.15 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 26.67 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
9495596868

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA: Single
Exemptions/Allowances:
   CA: 5

Your federal taxable wages this period are $3,079.76

© 2000 ADP, Inc.

---

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

**Advice number:** 00000020050
**Pay date:** 01/12/2024



**Deposited to the account of**
**SHIOW YING WEN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2702 | xxxx xxxx | $2,511.15 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Period Beginning: 01/08/2024
Period Ending: 01/21/2024
Pay Date: 01/26/2024

Taxable Marital Status:
   Federal: Married

Exemptions/Allowances:
   Federal: 5

Social Security Number: XXX-XX-8931

SHIOW YING WEN
17811 MORNING ROCK CIR
RIVERSIDE CA 92503

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2904.76 | 80.00 | 2,904.76 | 5,809.52 |
| Other | | | 280.00 | 455.00 |
| **Gross Pay** | | | **$3,184.76** | 6,264.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.94 | 355.21 |
| | Social Security Tax | -191.28 | 382.23 |
| | Medicare Tax | -44.73 | 89.39 |
| | CA State Income Tax | -122.41 | 244.26 |
| | CA SDI Tax | -33.94 | 67.82 |
| | **Other** | | |
| | Medical Pre-Ta | -99.48* | 99.48 |
| | **Net Pay** | **$2,514.98** | |
| | Checking | -2,514.98 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 29.33 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
9495596868

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA: Single
Exemptions/Allowances:
   CA: 5

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,085.28

© 2000 ADP, Inc.

---

SOUTH COAST CHINESE CULTURAL A
9 TRUMAN
IRVINE, CA, US, 92620
9495596868

Advice number: 00000040050
Pay date: 01/26/2024



**Deposited to the account of**
SHIOW YING WEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2702 | xxxx xxxx | $2,514.98 |

**NON-NEGOTIABLE**