Certificate Number: 14912-CAC-DE-038196436

Bankruptcy Case Number: 24-10626



14912-CAC-DE-038196436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2024, at 1:29 o'clock PM EST, Shiow Wen completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  February 18, 2024          By:    /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title:  Counselor